```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
MIGUEL RAMIREZ GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-08-0120 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| Miguel Ramirez Gonzalez, ) | |
| aka Miguel Gonzalez Ramirez,) | Date:  4/25/08 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon.Garland E. |
| _____) | Burrell, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel for defendant Miguel Ramirez Gonzalez, John R. Manning Esq., that the status conference presently set for April 25, 2008 be **continued to May 30, 2008, at 9:00 a.m.**, thus **vacating** the presently set status conference.

   Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the

1

1 date of the status conference, May 30, 2008.
2
3 IT IS SO STIPULATED.
4 Dated: April 24, 2008                    /s/ John R. Manning
                                          JOHN R. MANNING
5                                         Attorney for Defendant
                                          Miguel Ramirez Gonzalez
6
7 Dated: April 24, 2008                   McGREGOR W. SCOTT
                                          United States Attorney
8
9                                         by:  /s/Kyle F. Reardon
                                          KYLE F. REARDON
10                                        Assistant U.S. Attorney

1 IN THE UNITED STATES DISTRICT COURT

2 FOR THE EASTERN DISTRICT OF CALIFORNIA

3

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>Miguel Ramirez Gonzalez,<br>　aka Miguel Gonzalez Ramirez,<br>　　　　Defendant. | Case No. CR.S-08-0120-GEB<br><br>[PROPOSED] ORDER TO<br>CONTINUE STATUS CONFERENCE |

　　　GOOD CAUSE APPEARING, it is hereby ordered that the April 25, 2008 status conference be continued to May 30, 2008 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to May 30, 2008.

IT IS SO ORDERED.

Dated:  April 24, 2008

　　　　　　　　　　　　　　　　　　　／s／ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge