FILED
May 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                         )<br> v.                                                    )<br>                                                          )<br> MIGUEL GONZALEZ RAMIREZ,  )<br>                                                          )<br>            Defendant.                    ) | Case No. 2:08CR00120 GEB-01<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __MIGUEL GONZALEZ RAMIREZ__ , Case No. __2:08CR00120 GEB-01__ , Charge __18USC § 1028(a)(2)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

___    Bail Posted in the Sum of $_____

    ___    Unsecured Appearance Bond

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    _✔_    (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 22, 2008__ at __2:00 pm__ .

By    /s/ Gregory G. Hollows
       Gregory G. Hollows
       United States Magistrate Judge

Copy 5 - Court