```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Miguel Ramirez Gonzalez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>         Plaintiff,                  )<br>                                      )<br>    v.                               )<br>                                      )<br>Miguel Ramirez Gonzalez              )<br>                                      )<br>         Defendant.                  )<br>_____) | CR NO. S-08-00120 GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br>Date:  5/30/08<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E.<br>       Burrell, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel for defendant Miguel Ramirez Gonzalez, John R. Manning Esq., that the status conference presently set for May 30, 2008 be **continued to July 25, 2008, at 9:00 a.m.,** thus **vacating** the presently set status conference.

   Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the

1

1 | date of the status conference, July 25, 2008.
2 |
3 | IT IS SO STIPULATED.
4 | Dated: May 28, 2008                    /s/ John R. Manning
  |                                        JOHN R. MANNING
5 |                                        Attorney for Defendant
  |                                        Miguel Ramirez Gonzalez
6 |
7 |
8 | Dated: May 28, 2008                    McGREGOR W. SCOTT
  |                                        United States Attorney
9 |
10|                                    by:   /s/ Kyle F. Reardon
  |                                        KYLE F. REARDON
  |                                        Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,             ) Case No.  CR.S-08-00120 GEB
                                      )
          Plaintiff,                  )
                                      )
     v.                               ) [PROPOSED] ORDER TO
                                      ) CONTINUE STATUS CONFERENCE
Miguel Ramirez Gonzalez               )
                                      )
          Defendant.                  )
_____        )

GOOD CAUSE APPEARING, it is hereby ordered that the May 30, 2008 status conference be continued to July 25, 2008 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to July 25, 2008.

IT IS SO ORDERED.

Dated:  May 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3