```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
MIGUEL RAMIREZ GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-08-0120 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER TO EXTEND |
| v. ) | TIME TO POST PROPERTY BOND |
| ) | |
| Miguel Ramirez Gonzalez, ) | |
| ) | Judge: Hon. Kimberly |
| Defendant. ) | J. Mueller |
| _____) | |
| ) | |

    On May 22, 2008, this Court ordered Mr. Gonzalez released on an $100,000.00 property bond, said property bond to be posted no later than the close of business on June 12, 2008.  Mr. Gonzalez suffered a cardiac incident shortly after being released from custody.  While in the hospital, the families attention was focused on Mr. Gonzalez's health and they were unable to gather the paperwork necessary for the bond.

    Most of the required paperwork has been received, however not all the paperwork has arrived and additional time is required for the parties to gather the remaining paperwork and assimilate the necessary bond information. Accordingly the parties agree that the deadline for posting the property bond may be extended

1

1  two additional weeks, to June 26, 2008.  This office has
2  contacted Kyle Reardon of the U.S. Attorney's Office, and the
3  Pretrial Service Office and they have no objection to this
4  request.

5  Dated: June 11, 2008                    Respectfully submitted,

7                                          John R. Manning
                                           Attorney at Law

McGREGOR W. SCOTT
9  United States Attorney

10 /s/ Kyle F. Reardon              /s/ John R. Manning
   KYLE F. REARDON                  JOHN R. MANNING
11 Assistant U.S. Attorney          Attorney at Law
   Attorney for the United States   Attorney for Defendant
12                                  MIGUEL GONZALEZ

**O R D E R**

**IT IS SO ORDERED.**

Date: June 13, 2008.

_____
U.S. MAGISTRATE JUDGE

2