```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
MIGUEL RAMIREZ GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )    CR NO. S-08-0120 GEB
                              )
          Plaintiff,          )    STIPULATION AND
                              )    ORDER TO EXTEND
     v.                       )    TIME TO POST PROPERTY BOND
                              )
Miguel Ramirez Gonzalez,      )
                              )    Judge: Hon. Kimberly
          Defendant.          )           J. Mueller
_____)
```

On May 26, 2008, this Court ordered Mr. Gonzalez released on an $100,000.00 property bond, said property bond to be posted no later than the close of business on June 26, 2008. (Originally the bond was due June 12, 2008 and the Court previously extended the "due date" to June 26, 2008.)

Mr. Gonzalez's son (Angel Gonzalez) is the owner of the property being used to secure the required bond. Angel Gonzalez completed and forwarded the required bond paper work.  I submitted the paper work to the Court on June 26, 2008.  However, I was informed by Pete Buzo on June 27, 2008, there was an error regarding the Deed of Trust.  Mr. Gonzalez (Angel) sent the original he executed, but failed to have the document recorded in

1

1 the County where the property is located.  I have sent the
2 document back to Mr. Gonzalez so that he may record the Deed of
3 Trust.  Additional time is required so that the document can be
4 recorded and a copy forwarded to my office and the Court (Clerk's
5 office).

6     Accordingly the parties agree that the deadline for posting
7 the property bond may be extended two additional weeks, to July
8 10, 2008.  This office has contacted Kyle Reardon of the U.S.
9 Attorney's Office, and the Pretrial Service Office and they have
10 no objection to this request.

11 Dated: June 30, 2008                Respectfully submitted,

13                                     John R. Manning
                                       Attorney at Law
14
McGREGOR W. SCOTT
15 United States Attorney

16 /s/ Kyle F. Reardon                 /s/ John R. Manning
KYLE F. REARDON                        JOHN R. MANNING
17 Assistant U.S. Attorney             Attorney at Law
Attorney for the United States         Attorney for Defendant
18                                     MIGUEL GONZALEZ

20                         **O R D E R**

21 **IT IS SO ORDERED.**

22 Date:  July 7, 2008.

                                       _____
                                       U.S. MAGISTRATE JUDGE