```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1812 J Street, Suite 22
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  MIGUEL RAMIREZ GONZALEZ

 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )    CR NO. S-08-0120 GEB
                                   )
11           Plaintiff,            )    STIPULATION AND
                                   )    ORDER TO EXTEND
12      v.                         )    TIME TO POST PROPERTY BOND
                                   )
13  Miguel Ramirez Gonzalez,       )
                                   )    Judge:  Hon. Edmund F. Brennan
14           Defendant.            )
    _____)
15
```

16      On May 26, 2008, the Court ordered Mr. Gonzalez released on
17 an $100,000.00 property bond, said property bond to be posted no
18 later than the close of business on July 10, 2008.  (Originally
19 the bond was due June 12, 2008 and the Court previously extended
20 the "due date" to June 26, 2008 and then to July 11, 2008.)
21      Mr. Gonzalez's son (Angel Gonzalez) is the owner of the
22 property being used to secure the required bond. Angel Gonzalez
23 completed and forwarded the required bond paper work.  I
24 submitted the paper work to the Court on June 26, 2008.  However,
25 Mr. Gonzalez was unaware that an appraisal needed to be done
26 within the last six months, so now another one must be completed.
27 Additional time is required so that another appraisal can be
28 completed.

1

Accordingly the parties agree that the deadline for posting the property bond may be extended one additional week, to July 18, 2008. This office has contacted Kyle Reardon of the U.S. Attorney's Office and he has no objection to this request.

Dated: July 15, 2008                    Respectfully submitted,


                                        John R. Manning
                                        Attorney at Law

McGREGOR W. SCOTT
United States Attorney

/s/ Kyle F. Reardon                     /s/ John R. Manning
KYLE F. REARDON                         JOHN R. MANNING
Assistant U.S. Attorney                 Attorney at Law
Attorney for the United States          Attorney for Defendant
                                        MIGUEL GONZALEZ


**O R D E R**

**IT IS SO ORDERED.**

Dated: July 18, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2