John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Miguel Ramirez Gonzalez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-08-00120 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| Miguel Ramirez Gonzalez | ) | |
| | ) | Date:   10/3/08 |
| Defendant. | ) | Time:   9:00 a.m. |
| _____ | ) | Judge:  Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel for defendant Miguel Ramirez Gonzalez, John R. Manning Esq., that the status conference presently set for October 3, 2008 be **continued to  October 17, 2008, at 9:00 a.m.**, thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, October 17, 2008.

1

1  IT IS SO STIPULATED.

2  Dated: September 2, 2008              /s/ John R. Manning
3                                        JOHN R. MANNING
4                                        Attorney for Defendant
5                                        Miguel Ramirez Gonzalez
6
7
8
9  Dated: September 2, 2008              McGREGOR W. SCOTT
10                                       United States Attorney
11
12
13                                       by:   /s/ Kyle F. Reardon
14                                       KYLE F. REARDON
15                                       Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:08-CR-00120-GEB |
| Plaintiff, | ) |
| v. | ) ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| Miguel Ramirez Gonzalez | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the October 3, 2008 status conference be continued to October 17, 2008 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to October 17, 2008.

IT IS SO ORDERED.

Dated: October 2, 2008

GARLAND E. BURRELL, JR.
United States District Judge

3