```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
MIGUEL RAMIREZ GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )    CR NO. S-08-120 GEB
                               )
         Plaintiff,            )    STIPULATION AND
                               )    [PROPOSED] ORDER CONTINUING
    v.                         )    SENTENCING
                               )
MIGUEL RAMIREZ GONZALEZ,       )
                               )    Date:  1/9/2009
         Defendant.            )    Time:  9:00 a.m.
_____)    Judge: Hon. Garland E.
                                    Burrell, Jr.
```

The parties hereby stipulate to the following:

    1.  Judgement and sentencing in this matter is presently set for January 9, 2009.  In order to give counsel additional time to provide materials to the probation officer, it is hereby requested that the date for judgement and sentencing be continued to January 23, 2009 at 9:00 a.m.

    2.  The parties hereby request that the court adopt the following schedule pertaining to the presentence report:

```
Motion for correction of the
presentence report:                              January 9, 2009
```

1

```
        Presentence report filed with
        Court and disclosed to counsel:      January 2, 2009

        Counsel's written objections
        to presentence report due:           December 26, 2008

        Proposed presentence report
        disclosed to counsel by:             December 12, 2008


Dated: December 15, 2008              /s/ John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      Miguel Ramirez Gonzalez


Dated: December 15, 2008              /s/ Kyle Reardon
                                      Kyle Reardon
                                      Assistant U.S. Attorney
```

2

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgement and sentence of defendant Miguel Ramirez Gonzalez be continued from January 9, 2009 to January 23, 2009.  The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

Dated:  December 18, 2008

GARLAND E. BURRELL, JR.
United States District Judge