```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
MIGUEL RAMIREZ GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-120 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | SENTENCING |
| | ) | |
| MIGUEL RAMIREZ GONZALEZ, | ) | |
| | ) | Date:  1/23/2009 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

The parties hereby stipulate to the following:

1. Judgement and sentencing in this matter is presently set for January 23, 2009.  In order to give counsel additional time to provide materials to the probation officer, it is hereby requested that the date for judgement and sentencing be continued to February 27, 2009 at 9:00 a.m.

2. The parties and United States Probation hereby request that the court adopt the following schedule pertaining to the presentence report:

   Motion for correction of the
   presentence report:                              February 13, 2009

1

```
        Presentence report filed with
        Court and disclosed to counsel:    February 6, 2009

        Counsel's written objections
        to presentence report due:         January 30, 2009

        Proposed presentence report
        disclosed to counsel by:           January 16, 2009
```

Dated: December 22, 2008            /s/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Miguel Ramirez Gonzalez


Dated: December 22, 2008            /s/ Kyle Reardon
                                    Kyle Reardon
                                    Assistant U.S. Attorney

1                                    ORDER

2  GOOD CAUSE APPEARING, it is hereby ordered that the date for the
3  judgement and sentence of defendant Miguel Ramirez Gonzalez be
4  continued from January 23, 2009 to February 27, 2009.  The court
5  hereby adopts the schedule concerning the presentence report as
6  stipulated to by the parties and set forth herein.

7  Dated:  December 19, 2008

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge