```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone: (916) 444-3994
 4
    Attorney for Defendant
 5  Miguel Ramirez Gonzalez
 6
 7                 IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )    CR NO. S-08-00120 GEB
                                  )
11          Plaintiff,            )    STIPULATION AND
                                  )    [PROPOSED] ORDER CONTINUING
12      v.                        )    JUDGEMENT AND SENTENCING
                                  )
13  Miguel Ramirez Gonzalez       )
                                  )    Date:  3/6/09
14          Defendant.            )    Time:  9:00 a.m.
    _____ )    Judge: Hon. Garland E.
15                                              Burrell, Jr.
```

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel for defendant Miguel Ramirez Gonzalez, John R. Manning Esq., that the judgement and sentencing presently set for March 6, 2009 be **continued to March 13, 2009, at 9:00 a.m.**, thus **vacating** the presently set judgement and sentencing.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the

1

date of the judgement and sentencing, March 13, 2009.

IT IS SO STIPULATED.

Dated: March 3, 2009          /s/ John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Miguel Ramirez Gonzalez

Dated: March 3, 2009          McGREGOR W. SCOTT
                                           United States Attorney

                                   by: /s/ Kyle F. Reardon
                                         KYLE F. REARDON
                                         Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR.S-08-00120 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER TO |
| | ) | CONTINUE JUDGEMENT AND SENTENCING |
| Miguel Ramirez Gonzalez | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the March 6, 2009 judgement and sentencing be continued to March 13, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to March 13, 2009.

IT IS SO ORDERED.

Dated: March 3, 2009

GARLAND E. BURRELL, JR.
United States District Judge