JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL RAMIREZ GONZALEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Miguel Ramirez Gonzalez, <br><br> Defendant. | No. 2:08 CR 120 GEB <br><br> APPLICATION FOR ORDER AND ORDER EXONERATING BOND |

On March 13, 2009, the defendant in the above captioned matter was sentenced to serve a term of 36 months of probation. Defendant previously posted a $100,000.00 appearance bond secured by a deed of trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED: June 9, 2009                /s/ John R. Manning
                                              Attorney for Defendant
                                              Miguel Ramirez Gonzalez

DATED: June 10, 2009.

_____
U.S. MAGISTRATE JUDGE

1